FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

14 MAY 21 PM 6: 11

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:14CR 174 |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | 21 U.S.C. § 841(a)(1) & (b)(1) |
|  | 21 U.S.C. § 846 |
|  | 21 U.S.C. § 853 |
| JACOB W. DENG, | 18 U.S.C. § 922(g)(1) and 924(a)(2) |
| Defendant. |  |

The Grand Jury Charges:

## COUNT I

Beginning on or about February 1, 2014, and continuing to on or about April 17, 2014, in the District of Nebraska, the Defendant, JACOB W. DENG, knowingly and intentionally combined, conspired, confederated and agreed with other persons known and unknown to the Grand Jury, to commit the following offense against the United States: distribution and possession with intent to distribute 50 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 846.

## COUNT II

On or about April 17, 2014, in the District of Nebraska, JACOB W. DENG, Defendant herein, did knowingly and intentionally distribute 5 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), and Title 21, United States Code Section 841(b)(1).

COUNT III

On or about April 17, 2014, in the District of Nebraska, JACOB W. DENG, Defendant herein, did knowingly and intentionally, possess with intent to distribute 50 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance; and a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), and Title 21, United States Code, Section 841(b)(1).

COUNT IV

On or about April 17, 2014, in the District of Nebraska, JACOB W. DENG, Defendant herein, having been convicted on April 7, 2005, in the Minnehaha County Circuit Court, Minnehaha, Nebraska, of a crime punishable by imprisonment for a term exceeding one year, to wit: distribution of controlled substance, did knowingly possess in and affecting commerce, a firearm which had been shipped and transported in interstate commerce, to wit: a 9mm Glock handgun, serial number #HK752.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

FORFEITURE ALLEGATION

As a result of the forgoing offenses, JACOB W. DENG, Defendant herein, shall forfeit to the United States any and all property constituting or derived from any proceeds said defendant obtained directly or indirectly as a result of the violations alleged in Counts I, II, and III of this

Indictment and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts I, II, and III of this Indictment, including but not limited to the following: $7,400.00 in United States currency seized on April 17, 2014 from the residence of 2601 Willow Street, Apt. D2, South Sioux City, Nebraska.

In violation of Title 21, United States Code, Section 853.

A TRUE BILL:

_____
FOREPERSON

_____
DEBORAH R. GILG
United States Attorney

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

_____
THOMAS J. KANGIOR
Assistant United States Attorney