IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   vs.<br><br>JACOB W. DENG,<br><br>               Defendant. | **WITNESS LIST**<br><br>Case No.    8:14CR174<br>Deputy:     Kathy Griess<br>Reporters:  Brenda Fauber & Sue DeVetter<br>Trial Dates: March 31 – April 1-2 , 2015 |
|---|---|

FOR PLAINTIFF:

| Name | Date |
|---|---|
| Joshua Tyler | March 31, 2015 |
| Brian Clausen | March 31, 2015 |
| Adriana Bernice Sanchez | April 1, 2015 |
| Ancelma Jean Estevez | April 1, 2015 |
| Lucia Elizabeth Espinoza | April 1, 2015 |
| James Dothing Paul | April 1, 2015 |
| Carl M. Ragar | April 1, 2015 |
| Carl M. Ragar – Rebuttal | April 2, 2015 |

FOR DEFENDANT:

| Name | Date |
|---|---|
| Jacob Wiyual Deng | April 1, 2015 |
| Jacob Wiyual Deng – Resumed | April 2, 2015 |
| Joshua Tyler | April 2, 2015 |